# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY SUE ABEL,<br><br>Defendant. | Case No. 3:19-CR-00021-LRH-WGC<br><br>**Order Granting**<br>**Motion to Dismiss the Indictment With Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses with prejudice the Indictment against Defendant Kimberly Sue Abel. Defendant passed away on September 6, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Sue Fahami*
SUE FAHAMI
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this __15th__ day of October, 2019.

_____
HONORABLE LARRY R. HICKS
United States District Judge